IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

*In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation*
*MDL No. 2327*

Civil Action No. 2:15-cv-02278

## SHORT FORM COMPLAINT

Come now the Plaintiff(s) named below, and for their Complaint against the Defendants named below, incorporate The First Amended Master Complaint in MDL No. 2327 by reference. Plaintiff(s) further show the court as follows:

1. Female Plaintiff

   Stephanie Green

2. Plaintiff's Spouse (if applicable)

   Jason Green

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

   N/A

4. State of Residence

   Ohio

5. District Court and Division in which venue would be proper absent direct filing.

   Ohio Southern District Court, Columbus Division

6. Defendants (Check Defendants against whom Complaint is made):

   ☑   A. Ethicon, Inc.

   ☑   B. Johnson & Johnson

Revised: 5/28/14

☐ C. American Medical Systems, Inc. ("AMS")

☐ D. Boston Scientific Corporation

☐ E. C. R. Bard, Inc. ("Bard")

☐ F. Sofradim Production SAS ("Sofradim")

☐ G. Tissue Science Laboratories Limited ("TSL")

☐ H. Mentor Worldwide LLC

☐ I. Coloplast Corp.

☐ J. Cook Incorporated

☐ K. Cook Biotech, Inc.

☐ L. Cook Medical, Inc.

☐ M. Desarrollo e Investigación Médica Aragonesa, S.L. ("DIMA")

☐ N. Neomedic International, S.L.

☐ O. Neomedic Inc.

☐ P. Specialties Remeex International, S.L.

7. Basis of Jurisdiction

☑ Diversity of Citizenship

☐ Other:

A. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

1, 2, 3, 4, 6, 7, 8, 9, 10, 11

B. Other allegations of jurisdiction and venue:

N/A

8. Defendants' products implanted in Plaintiff (Check products implanted in Plaintiff)

- ☐ Prolift
- ☐ Prolift +M
- ☐ Gynemesh/Gynemesh PS
- ☐ Prosima
- ☐ TVT
- ☑ TVT-Obturator (TVT-O)
- ☐ TVT-SECUR (TVT-S)
- ☐ TVT-Exact
- ☐ TVT-Abbrevo
- ☐ Other

9. Defendants' Products about which Plaintiff is making a claim. (Check applicable products):

- ☐ Prolift
- ☐ Prolift +M
- ☐ Gynemesh/Gynemesh PS
- ☐ Prosima
- ☐ TVT

3

☑ TVT-Obturator (TVT-O)

☐ TVT-SECUR (TVT-S)

☐ TVT-Exact

☐ TVT-Abbrevo

☐ Other

10. Date of Implantation as to Each Product:

7/13/2011

11. Hospital(s) where Plaintiff was implanted (including City and State):

Mt. Carmel Hospital

Columbus, Ohio

12. Implanting Surgeon(s):

Dr. Karl Schaeffer

13. Counts in the Master Complaint brought by Plaintiff(s):

☑ Count I – Negligence

☑ Count II – Strict Liability – Manufacturing Defect

☑ Count III – Strict Liability – Failure to Warn

☑ Count IV – Strict Liability – Defective Product

4

- ☑ Count V – Strict Liability – Design Defect
- ☑ Count VI – Common Law Fraud
- ☑ Count VII – Fraudulent Concealment
- ☑ Count VIII – Constructive Fraud
- ☑ Count IX – Negligent Misrepresentation
- ☑ Count X – Negligent Infliction of Emotional Distress
- ☑ Count XI – Breach of Express Warranty
- ☑ Count XII – Breach of Implied Warranty
- ☑ Count XIII – Violation of Consumer Protection Laws
- ☑ Count XIV – Gross Negligence
- ☑ Count XV – Unjust Enrichment
- ☑ Count XVI – Loss of Consortium
- ☑ Count XVII – Punitive Damages
- ☑ Count XVIII – Discovery Rule and Tolling
- ☐ Other Count(s) (Please state factual and legal basis for other claims below):

                                  s/ Laura V. Yaeger
                                         Attorney(s) for Plaintiff

Address, phone number, email address and bar information:

Morgan & Morgan
Complex Litigation Group
201 North Franklin St., Ste. 700
Tampa, FL 33602
Email: LYaeger@forthepeople.com
         MGoetz@forthepeople.com
Telephone: (813) 223-5505
Fax: (813) 222-4796
Wagstaff & Cartmell LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112
Email: tcartmell@wcllp.com
Telephone: (816) 701-1102
Fax: (816) 531-2372

Laura V. Yaeger – FL Bar # 0101972
              TX Bar # 24011432
Michael Goetz, Esq. – FL Bar # 963984
Thomas P. Cartmell – MO Bar # 45366